**LEWIS BRISBOIS**
LEWIS BRISBOIS BISGAARD & SMITH LLP

Sydney Sanchez
77 Water Street, Suite 2100
New York, New York 10005
Sydney.Sanchez@lewisbrisbois.com
Direct: 646.783.0993

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-10-2020

February 6, 2020

**VIA ECF**

MEMO ENDORSED

Hon. Laura Taylor Swain, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      **Re:   Jin Yue You, as Administrator of the Estate of Ka Chor Yau v. Pedro Teixeira, Inc. and Maykel Feliz-Tejeda; Civil Action No. 17-CV-6028 (LTS) (KNF)**

Dear Judge Swain:

This firm represents Defendants in the above-referenced matter.

On July 25, 2019, Defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56, seeking dismissal of Plaintiff's Complaint was rendered fully briefed with Defendants' filing of their Reply papers. Defendants' motion is currently pending before Your Honor.

On September 6, 2019, at the joint request of both parties, the Court entered an Order adjourning the September 13, 2019 Pre-Trial Conference to February 21, 2020 at 11:00 a.m., as a control date pending resolution of Defendants' motion. Based on this Pre-Trial Conference date, the parties' Joint Pre-Trial Statement is presently due February 14, 2020.

Please accept this correspondence as a joint request by all parties that the February 21st Pre-Trial Conference be further adjourned pending a decision on Defendant's motion for summary judgment. Thank you for your consideration of this request.

Respectfully submitted,

Sydney S. Sanchez of
LEWIS BRISBOIS BISGAARD & SMITH LLP

*The conference is adjourned to May 22, 2020 at 11:00 AM. The related consultation and submission deadlines are suspended pending further order of the court. DE #37 resolved.*
*SO ORDERED.  /s/ LTS  2/7/20*
LAURA TAYLOR SWAIN, U.S.D.J