UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JIN YUE YOU, as Administrator of the Estate of
Ka Chor Yau, decedent,

                Plaintiff(s),          17CV6028-LTS-KNF

    -v-

PEDRO TEIXEIRA, INC. et al.,

                Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion(s), the final pretrial conference scheduled for May 22, 2020, is rescheduled to **September 18, 2020, at 12:00 p.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       May 12, 2020

                                    /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  United States District Judge