# LOUIS GRANDELLI, P.C.
Attorneys at Law
90 Broad Street - 15th Floor
New York, N.Y. 10004
(212) 668-8400

www.GrandelliLaw.com

Louis Grandelli
Leigh D. Eskenasi
—————————
Ari R. Lieberman
Benjamin L. Zepnick

## MEMO ENDORSED

<u>Staten Island Office</u>
900 South Avenue - Suite 55
Staten Island, N.Y. 10314
(718) 477-1919

Please forward all replies
to the Manhattan Office

*Via ECF*
August 14, 2020

**Hon. Laura Taylor Swain**
**United States District Judge**
Daniel Patrick Moynihan - United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: Jin Yue You, as Administrator of the Estate of Ka Chor Yau v. Pedro Teixeira, Inc. et al**
**Civil Action No.: 1:17-CV-06028**

Dear Hon. Laura Taylor Swain:

As you know, our office represents the plaintiff, **Jin Yue You, as the Administrator of the Estate of Ka Chor Yau**, in connection with the above-captioned case. This letter is written on behalf of all parties in this case. In accordance with the parties' prior correspondence with the Court, we respectfully request that the Pre-Trial Conference, currently scheduled for September 18, 2020, be adjourned to December 18, 2020. Further, as per the Court's direction, any motions in limine shall be filed sixty (60) days prior December 18, 2020. Any opposition papers will be filed fifteen days thereafter, and reply papers shall be filed within thirty (30) days of the Pre-Trial Conference. Additionally, any other remaining submissions be made thirty (30) days before December 18, 2020.

Thank you for your courtesy and attention to this matter.

Respectfully Submitted,

**LOUIS GRANDELLI, P.C.**
Attorneys for Plaintiff
By: _____
        Leigh D. Eskenasi, Esq. (LE5499)
        (212) 668-8400
        leigh@grandelli.com

cc:    **Lewis Brisbois - via ECF**

The foregoing request is granted. The Final Pre-Trial Conference is adjourned to December 18, 2020, at 11:00 a.m. and the related deadlines are adjusted as set forth above. DE#45 resolved.
SO ORDERED.
8/14/2020
/s/ Laura Taylor Swain, USDJ