UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIN YUE YOU, as Administrator of the Estate of Ka Chor Yau, Decedent,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PEDRO TEIXEIRA, INC., and MAYKEL FELIZ-TEJEDA,<br><br>　　　　　　　　　　Defendants. | 17-CV-6028 (SHS)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

　　Due to the COVID-19 pandemic, the Southern District of New York has a limited number of specially designated courtrooms available for jury trials. The judges of the Southern District, working with the Clerk of Court, have worked to schedule trials in the first quarter of 2021 so that trials may proceed safely. Once a trial date is set for an action through this process, it cannot be changed, although it may be adjourned to another quarter of 2021 if extenuating circumstances arise.

　　Accordingly, IT IS HEREBY ORDERED that the trial of this action is scheduled for March 9, 2021. The final pretrial conference will take place on December 18, 2020 at 11:00 AM, as previously scheduled.

Dated:　New York, New York
　　　　December 9, 2020

　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SIDNEY H. STEIN
　　　　　　　　　　　　　　　　　　　　U.S.D.J.