UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

JIM YUE YOU, as Administrator of the : 17-Cv-6028 (SHS)
Estate of Ka Chor Yau,
 :
         Plaintiff,
 :
   -v- ORDER
 :
PEDRO TEXEIRA, INC., and
MAYKEL FELIZ-TEJEDA, :

         Defendants. :

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Oral argument via teleconference having been held today on the pending motions *in limine*, with counsel for all parties participating,

    IT IS HEREBY ORDERED that:

    1.    The motions *in limine* [Doc. Nos. 48, 50, 51] are decided for the reasons as set forth on the record;

    2,    The trial of this matter remains at March 9, 2021, at 9:30 a.m.; and

    3.    The parties shall notify the Court if they wish to have a conference on March 8, 2021, at 12:00 p.m.

Dated: New York, New York
       January 6, 2021

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.