UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| JIN YUE YOU, as Administrator of the Estate of Kar Chor You, deceased | : | 17-Cv-6028 (SHS) |
| | : | |
| Plaintiff, | : | |
| -v- | : | ORDER |
| | : | |
| PEDRO TEIXEIRA, INC., and MAYKEL FELIZ-TEJEDA, | : | |
| Defendants. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A teleconference having been held today, with counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. The defendants' submissions are due by Wednesday, February 24, 2021, at noon; and

2. The plaintiff's response to the submissions are due by March 1, 2021, at noon.

Dated: New York, New York
February 18, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.