UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JIN YUE YOU, as Administrator of the Estate : 17-Cv-6028 (SHS)
of Kar Chor You, deceased

        Plaintiff,

   -v-                                   ORDER

PEDRO TEIXEIRA, INC., and MAYKEL
FELIZ-TEJEDA,

        Defendants.

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A teleconference having been held today, with counsel for all parties participating,

    IT IS HEREBY ORDERED that, for the reasons set forth on the record, defendants' motion *in limine* [Doc. No. 70] is denied.

Dated: New York, New York
       March 3, 2021

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.