UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIN YUE YOU, as Administrator of the
Estate of Ka Chor Yau, Decedent,

                Plaintiff,

v.

PEDRO TEIXEIRA, INC. and MAYKEL
FELIZ-TEJEDA,

                Defendants.

17-Cv-6028 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

At 6:00 p.m. on Friday, March 5, the parties notified the Court in writing that they have reached a settlement in this matter. (ECF No. 76.) Plaintiff having represented that the parties cannot finalize the settlement and discontinue this litigation with prejudice without a decree from the New York Surrogate's Court,

IT IS HEREBY ORDERED that the parties shall file a stipulation of discontinuance with prejudice once the decree has been issued. If no stipulation of discontinuance has been filed by July 9, 2021, there will be a status conference on that date at 10:30 a.m. in Courtroom 23A, U.S. Courthouse, 500 Pearl Street, New York, New York. The jury trial scheduled to begin on March 9, 2021 is adjourned *sine die*.

Dated: New York, New York
       March 8, 2021

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.