# LOUIS GRANDELLI, P.C.

Attorneys at Law
90 Broad Street - 15th Floor
New York, N.Y. 10004
(212) 668-8400

www.GrandelliLaw.com

Louis Grandelli
Leigh D. Eskenasi

Moses Ahn
Nicolas Vargas
Benjamin L. Zepnick

Staten Island Office
900 South Avenue - Suite 55
Staten Island, N.Y. 10314
(718) 477-1919

Please forward all replies
to the Manhattan Office

*Via ECF*
July 6, 2021

**MEMO ENDORSED, p. 2**

**Hon. Sidney H. Stein**
**United States District Judge**
Daniel Patrick Moynihan - United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: Jin Yue You, as Administrator of the Estate of Ka Chor Yau v. Pedro Teixeira, Inc. et al**
**Civil Action No.: 1:17-CV-06028**

Dear Hon. Sidney H. Stein:

As the Court is aware, the settlement of this action is subject to approval by the Surrogate's Court, New York County. The documents required by the Surrogate's Court to date have been submitted by the plaintiff and the Court has scheduled a hearing for August 4, 2021. On this date, the NYC Human Resources Administration (lien holder) and the NYS Tax Department will have the opportunity to object to the relief sought by the plaintiff - to, *inter alia*, approve of the settlement, allocation and distribution. All of the other interested parties have consented to the relief sought in the Petition. It is our understanding, that even if there are no objections to the relief sought in the Petition, that a Decree may not be executed by the Surrogate's Court for sometime after August 4, 2021.

In view of this date, the plaintiff respectfully requests an adjournment of the conference before this Court, currently scheduled for July 9, 2021 at 10:30 a.m. The request is made on consent of the defendants.

Thank you for your courtesy and attention to this matter.

Respectfully Submitted,

Leigh D. Eskenasi (LE5499)

cc:     **Lewis Brisbois - via ECF**

Jin Yue You v. Pedro Teixeira, Inc. and Maykel Feliz-Tejada, 17-Cv-6028 (SHS)

The conference is adjourned to September 17, 2021, at 2:30 p.m.

Dated: New York, New York
July 6, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.