UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

JIN YUE YOU, as Administrator of the Estate : 17-Cv-6028 (SHS)
of Kar Chor You, deceased

              Plaintiff,

        -v- : ORDER

PEDRO TEIXEIRA, INC., and MAYKEL
FELIZ-TEJEDA,

              Defendants.

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of plaintiff,

    IT IS HEREBY ORDERED that the teleconference scheduled for September 17 at 2:30 p.m. is adjourned to November 30 at 9:00 a.m.

Dated: New York, New York
       September 15, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.